IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

STEVEN RANDALL WOTHKE
1302 Waugh Drive, PMB 411
Houston, TX  77019                          *
                                            *
            Plaintiff
                                            *
v.
                                            *
NELSON JAMES GUY STEWART
956 Patuxent Road                           *
Odenton, MD  21113
(Anne Arundel County)

                                            *       Civil Action No.:  1:13-cv-3382
JEANIA MARIE STEWART
956 Patuxent Road                           *
Odenton, MD  21113
(Anne Arundel County)
                                            *
and
                                            *
THE AMERICAN ROGUES, LLC
956 Patuxent Road                           *
Odenton, MD  21113
                                            *
        Serve:
        Joseph Heeter                       *
        Resident Agent
        431 Gatewood Court                  *
        Glen Burnie, MD  21061
                                            *
            Defendants
                                            *

    *    *    *    *    *    *    *    *    *    *    *

COMPLAINT

    Steven Randall Wothke, Plaintiff, by his undersigned counsel, files this

Complaint against Nelson James Guy Stewart, Jeania Marie Stewart and The American

Rogues, LLC, Defendants, and says:

## NATURE OF THE ACTION

1.      This is a civil action for trademark infringement, cybersquatting and unfair competition under the federal Lanham Act, 15 U.S.C. §§ 1051, *et seq.*, and for unfair competition under Maryland law.  Steven Randall Wothke ("Wothke"), the founder of a world-famous Celtic band named "The Rogues," seeks equitable and monetary relief from Nelson James Guy Stewart, a former member of The Rogues, who left the band and formed his own Celtic band which he calls "The American Rogues," his wife, Jeania Marie Stewart, who registered and owns various domain names and a trade name for The American Rogues, and The American Rogues, LLC, a Maryland limited liability company that operates the business of The American Rogues.

2.      Defendants have willfully violated Wothke's trademark rights by calling their Celtic band The American Rogues which is confusingly similar to THE ROGUES. Defendants have violated the Anticybersquatting Consumer Protection Act ("ACPA"), 15 U.S.C. §1125(d), by registering and using in bad faith domain names that are identical or confusingly similar to Wothke's trademark THE ROGUES. Defendants have engaged in unfair competition by establishing a website that claims for The American Rogues the name, history, musical recordings and live performances of The Rogues with knowledge that such claims are false and misleading and by conducting business, as a direct competitor of The Rogues, in a manner that purposefully imitates and misappropriates Wothke's long-standing use of his band's name, The Rogues.

## PARTIES

3.      Plaintiff Steven Randall Wothke is a Texas resident with an address at 1302 Waugh Drive, PMB 411, Houston, TX 77019.

4.      Defendant Nelson James Guy Stewart, upon information and belief, is a citizen of Canada and a Maryland resident with an address at 956 Patuxent Road, Odenton, MD 21113.

5.      Defendant Jeania Marie Stewart, upon information and belief, is a Maryland resident with an address at 956 Patuxent Road, Odenton, MD 21113.

6.      Defendant The American Rogues, LLC, is a Maryland limited liability company with a principal place of business at 956 Patuxent Road, Odenton, MD 21113.

JURISDICTION AND VENUE

7.      This Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C.  §§ 1331 and 1338(a) and (b), and pursuant to 28 U.S.C. 1332, because Wothke is a citizen of the State of Texas, Nelson James Guy Stewart, upon information and belief, is a citizen of Canada, Jeania Marie Stewart, upon information and belief, is a citizen of the State of Maryland, The American Rogues, LLC is a citizen of the State of Maryland, and the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs.  The Court has supplemental jurisdiction over Wothke's state law claims pursuant to 28 U.S.C. § 1367(a), because they are substantially related to Wothke's federal claims and arise out of the same case or controversy.

8.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391, because a substantial part of the events giving rise to Wothke's claims occurred in this District, and upon information and belief, all Defendants are residents of the State of Maryland, or if one or more of the Defendants is not a resident of the United States, then that Defendant is a resident of Canada and can be sued in the District of Maryland.

9.     Personal jurisdiction over Defendants in Maryland is proper because, among other reasons, (a) Defendants are engaged in business in Maryland by conducting live musical performances in Maryland, and by selling records and merchandise in Maryland; (b) Defendants' website describes The American Rogues as a "Baltimore-based" band; (c) Defendant The American Rogues, LLC is a Maryland limited liability company; and (d) Defendant Jeania Marie Stewart owns the trade name The American Rogues that is registered in Maryland.

FACTS

10.     In 1994, Wothke founded a four-piece Celtic band and named it The Scottish Rogues.  Shortly thereafter, Wothke changed the name of the band to The Rogues.  In 1995, The Rogues released their first album and in 1997, gave their first live musical performance.  Although the band has had numerous members during the past 18 years, Wothke has owned the band's name, managed the band's operations and performed with the band continuously and without interruption since 1994.  The Rogues have released seven albums and two DVD's under Wothke's ownership and have performed at hundreds of venues throughout the United States and around the world.  An eighth album titled "Hellbound Sleigh" is scheduled to be released before Christmas 2013.  The Rogues' recordings are available for sale or download on The Rogues' website, *www.therogues.com*, and through Amazon, CD Baby and other sellers on the Internet.  Merchandise featuring The Rogues' name and logo is available on The Rogues' website and is sold together with CD's and DVD's at live performances by The Rogues.

11.     In addition to having common law rights in The Rogues' trademark, Wothke has applied to register THE ROGUES in the United States Patent and Trademark

Office ("USPTO") for use in connection with sound recordings and live musical performances. (Serial No. 86/104144).

12.    In 2002, Defendant Nelson James Guy Stewart ("Nelson Stewart") joined The Rogues as a percussionist and bagpipe player.  On or about October 2, 2010, Nelson Stewart and Wothke signed a written agreement which stated in pertinent part that if either of them should "terminate participation with the [The Rogues] for any reason, including death, full 100% ownership [of rights to the band's name] shall revert back to the remaining undersigned."  The written agreement further provided that "[t]his has been a long-standing verbal agreement and is further agreed upon here in writing in good faith."  The agreement was signed by Wothke and Nelson Stewart.

13.    In October 2012, after several months of disagreements with Wothke over the artistic direction, finances and operation of The Rogues, Nelson Stewart terminated his membership in The Rogues and booked himself and several other members of The Rogues, but not Wothke, for the Maryland Irish Festival as a band named "The American Rogues."

14.    On September 4, 2012, Defendant Jeania Marie Stewart ("Jeania Stewart") filed with the Maryland State Department of Assessments and Taxation ("SDAT") a document titled "Trade Name Application" by which she successfully applied to register the trade name "The American Rogues" claiming under penalties of perjury to be the individual using the trade name for a "musical group."  Upon information and belief, the trade name registered with SDAT by Jeania Stewart is the name of the musical group formed by Nelson Stewart, The American Rogues, that is the subject of this action.

15.     On October 12, 2012, Jeania Stewart filed with SDAT a document titled "Articles of Organization" creating a limited liability company named The American Rogues LLC and formed for the purpose of doing business as a "musical group/band." Upon information and belief, the business and finances of the musical group named The American Rogues, which is the subject of this action, are operated by The American Rogues LLC, and the members of The American Rogues LLC are Nelson Stewart and Jeania Stewart.

16.     On January 29, 1998, Wothke created and registered the domain *therogues.com* with the registrar GoDaddy.com, LLC.  The domain was updated by Wothke in November 2012, and will not expire until January 2022.

17.     On August 22, 2012, upon information and belief, Jeania Stewart registered the domain *theamericanrogues.com* with GoDaddy.com, LLC, for a 2-year term, naming herself as the administrative and technical contact and naming "The Rogues" as the registrant organization, administrative organization and technical organization for the domain.  Wothke did not authorize Jeania Stewart to register *theamericanrogues.com* domain in the name of The Rogues and in fact, had no knowledge at the time that the domain was registered at all.

18.     On April 10, 2012, upon information and belief, Jeania Stewart registered the domain *therogues.us* with GoDaddy.com, Inc. naming herself the billing contact, naming Nelson Stewart as the administrative and technical contact and naming "The Rogues" as the registrant organization, administrative contact organization, billing contact organization and technical contact organization.  Wothke did not authorize Jeania

Stewart to register *therogues.us* in the name of The Rogues and in fact, had no knowledge at the time that the domain was registered at all.

19.     The domain *therogues.us* is used by Jeania Stewart and Nelson Stewart solely for the purpose of misdirecting traffic on the Internet; that is, if an Internet user were to utilize the Google search engine to locate The Rogues online, one of the search results will be *www.therogues.us*, and if the user were to click on that link, he would be taken immediately to The American Rogues website, *www.theamericanrogues.com.*

20.     Defendants have engaged in an intentional course of conduct for the purpose of confusing the public into believing that The American Rogues are the same band as The Rogues; for example:

(a) The American Rogues website, *www.theamericanrogues.com*, contains very little information about The American Rogues, which did not exist prior to about October 2012, but is replete with information about The Rogues, including:

(1) a "Home" page featuring video performances of The Rogues and a summary of the purported accomplishments of The American Rogues, such as being "voted #1 out of bands from around the world," performing "for millions" at "shows in Asia, Europe, Las Vegas, New York, Chicago, Atlantic City," appearing in a "Hollywood film" and playing in Washington, D.C. with the United States Air Force Symphony, none of which are accomplishments of The "American" Rogues but all of which are accomplishments belonging to The Rogues;

(2) a "History" page featuring a "Rogueology" claiming falsely that "[f]or nearly two decades," The American Rogues "have electrified audiences on

three continents," explaining in detail the history of The Rogues while attributing that history to The American Rogues, and listing an "American" Rogues "Discography" of seven albums and two DVD's, all of which were released by The Rogues between 1997 and 2010;

(3) a "Tour" page listing dozens of past live performances attributing them to The American Rogues when in fact the performances were by The Rogues;

(4) a "Press" page listing a variety of reviews praising The Rogues and naming the awards received by The Rogues while attributing all of the reviews and awards to The American Rogues and falsely claiming that The American Rogues were voted #1 out of 63 Celtic bands from around the world, The American Rogues have performed for over a million people, The American Rogues have released nine albums, and The American Rogues have won two ASCAP awards, none of which is true;

(4) a "Gallery" page showing photographs of members and former members of The Rogues suggesting that the photographs are of The American Rogues;

(5) a "Mayhem" page with photographs of and an obituary about Jeff "Mayhem" Thompson, a former member of The Rogues who died in 2004, falsely suggesting that he played with The American Rogues;

(6) a "Fanecdotes" page with a number of stories from fans of The Rogues implying that the letters were from fans of The American Rogues; and

(7)  a "Store" page offering for sale five of the albums released by The

Rogues (and two of the albums released by The Scottish Rogues in 1995

and 1996), falsely claiming that all of these albums were performed and

released by The American Rogues.

(b)  The American Rogues' website is linked to an Electronic Press Kit ("EPK")

on the site *www.sonicbids.com*, where again The American Rogues claim for themselves

in even more detail than appears on their own website the history, accomplishments,

press reviews, awards and recordings of The Rogues; for example, the claims on

*sonicbids.com* that The American Rogues "have produced nine albums and two DVD's,"

were "voted #1 in the World," have "performed for millions" and appeared in "a

Hollywood film" all are false and untrue;

(c)  Jeania Stewart owns the domain *therogues.us*, which is used by Defendants

solely for the purpose of diverting Internet traffic from Wothke's website,

*www.therogues.com*, to The American Rogues' website, *www.theamericanrogues.com*;

(d) Nelson Stewart has purposely re-titled videos showing performances by The

Rogues that were uploaded to the YouTube site on the Internet in 2009 and 2011, to

indicate that the videos show performances by The American Rogues with knowledge

that such attribution is false and likely to confuse, mislead and deceive the consuming

public.

21.    Defendants' conduct is not only likely to confuse the public but on The

American Rogues' Facebook page, there is evidence of actual confusion shown in the

post dated October 17, 2013, where Paul Krank stated: "I'm confused. Is there still

another pipe band called "The Rogues"? There is a website for them, and it includes

members who performed on CD's that I bought years ago. Were you all part of the same group at one time?" The American Rogues posted an answer: "Yes. We split last year and most of the guys stayed in the band….[W]e became the American Rogues."

22.     Defendants' unauthorized use in commerce of Wothke's THE ROGUES trademark as an element of their band's name, and as an element of their domain names, and in factual misrepresentations on their website, Facebook and in their Electronic Press Kit, is likely to cause confusion, and has caused actual confusion, as to the source or origin of Defendants and Defendants' musical services and products and falsely suggests a connection between The Rogues and The American Rogues.

23.     Wothke has spent substantial resources to promote and establish the business of The Rogues using THE ROGUES mark, and Defendants' unauthorized use of THE ROGUES mark as described herein has caused damage to Wothke's business, goodwill and profits, for which Wothke is entitled to be compensated.

24.     Defendants' unauthorized use in commerce of Wothke's mark THE ROGUES has irreparably injured and, if permitted to continue, will further irreparably injure the public which has an interest in being free from confusion.

25.     Defendants registered the domains *therogues.us* and *theamericanrogues.com* in bad faith and have used the domains with the intent to profit from Wothke's mark THE ROGUES.

## COUNT I

(Trademark Infringement, False Designation of Origin, Passing Off and Unfair Competition under 15 U.S.C. § 1125 (a)(1)(A) and (B))

26.     Wothke realleges and incorporates herein by reference the allegations contained in paragraphs 1 through 25 of this Complaint.

27.     Defendants' actions, as described herein, are likely to cause confusion, or to cause mistake, or to deceive as to the origin of Defendants, their services and products, and/or to imply sponsorship or approval by Wothke, and purposely misrepresent the nature and qualities of Defendants' services and products, and therefore constitute trademark infringement, false designation of origin, passing off and unfair competition in violation of 15 U.S.C. § 1125 (a)(1)(A) and (B).

COUNT II
(Cyberpiracy under 15 U.S.C. § 1125 (d))

28.     Wothke realleges and incorporates herein by reference the allegations contained in paragraphs 1 through 27 of this Complaint.

29.     Defendants' registration and use of the domain names *therogues.us* and *theamericanrogues.com*, as described herein, which are identical or confusingly similar to Wothke's distinctive mark THE ROGUES, done with a bad faith intent to profit from Wothke's mark, constitute cyberpiracy in violation of 15 U.S.C. §1125 (d).

COUNT III
(Trademark Infringement and Unfair Competition under Maryland Law)

30.     Wothke realleges and incorporates herein by reference the allegations contained in paragraphs 1 through 29 of this Complaint.

31.     Defendants' actions, as described herein, are likely to cause and have caused confusion, or to cause mistake, or to deceive, as to the affiliation, connection or association of Defendants with Wothke and/or The Rogues, and/or as to the origin, sponsorship, or approval of Defendants or their services and products with or by Wothke and/or The Rogues, and therefore constitute trademark infringement, misappropriation and unfair competition under Maryland law.

<u>PRAYER FOR RELIEF</u>

WHEREFORE, Steven Randall Wothke prays that this Court:

A.      Enter an order declaring that Defendants' use of THE ROGUES mark infringes upon Wothke's trademark and constitutes cyberpiracy and unfair competition under federal and Maryland law;

B.      Issue a permanent injunction enjoining Defendants from (1) using any name, mark or domain in any manner likely to cause confusion with Wothke's THE ROGUES mark and (2) representing in any manner, directly or indirectly, that the services and products offered by Defendants are associated or connected in any manner with, or are sponsored by or affiliated with, Wothke or The Rogues.

C.      Enter an order transferring the domains *therogues.us* and *theamericanrogues.com* to Wothke pursuant to 15 U.S.C. § 1125(d)(1)(C).

D.      Enter an order requiring Defendant to account for any and all profits derived from their infringing activities pursuant to 15 U.S.C. § 1117, and enter judgment against Defendants jointly and severally awarding Wothke the amount of all such profits;

E.      Enter judgment against Defendants jointly and severally awarding Wothke all damages sustained by Wothke in an as yet undetermined amount on account of Defendants' infringing activities pursuant to 15 U.S.C. § 1117;

F.      Enter judgment against Defendants jointly and severally awarding Wothke statutory damages in lieu of actual damages or profits for violating 25 U.S.C. § 1125(d)(1), in the amount of $100,000 per domain name;

G.      Enter an order requiring Defendants to pay Wothke his attorneys' fees and the costs of this action pursuant to 15 U.S.C. § 1117; and

H.      Grant such other and further relief as the Court deems just and proper.


                                        Respectfully submitted,


November 13, 2013                        */s/ Charles F. Morgan*_____
                                         Charles F. Morgan, Bar No. 00436
                                         ASTRACHAN GUNST THOMAS, P.C.
                                         217 East Redwood Street, Suite 2100
                                         Baltimore, Maryland 21202
                                         Telephone:  410.783.3520
                                         Facsimile:  410.783.3530
                                         fmorgan@agtlawyers.com

                                         *Attorneys for Plaintiff*